No. 14-15408
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

LEONARD FYOCK, ET AL.,
*Plaintiffs-Appellants,*
v.
CITY OF SUNNYVALE, ET AL.,
*Defendants-Appellees*
_____

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* BRADY CENTER TO PREVENT GUN VIOLENCE, THE MAJOR CHIEFS ASSOCIATION, AND THE INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS IN SUPPORT OF APPELLEE AND SUPPORTING AFFIRMANCE**

On Appeal from the United States District Court
for the Northern District of California
(Hon. Ronald M. Whyte, Presiding)
No. CV-13-05807-RMW
_____

| | |
|---|---|
| Foster C. Johnson | Jonathan Lowy |
| Mayer Brown LLP | Robert Wilcox |
| Two Palo Alto Square | Brady Center to Prevent Gun Violence |
| 3000 El Camino Real | 840 First Street, N.E. |
| Suite 300 | Suite 400 |
| Palo Alto, CA 94306 | Washington, DC 20002 |
| (650) 331-2000 | (202) 370-8101 |
| foster.johnson@mayerbrown.com | jlowy@bradymail.org |

*Counsel for Amici Curiae*

# MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Pursuant to Federal Rules of Appellate Procedure Rule 29(b), The Brady Center to Prevent Gun Violence, The Major Chiefs Association, and The International Brotherhood of Police Offers respectfully request permission to file the accompanying amicus curiae brief.

## A. Interest of Amici Curiae

Amicus Brady Center to Prevent Gun Violence is the nation's largest non-partisan, nonprofit organization dedicated to reducing gun violence through education, research, and legal advocacy. Through its Legal Action Project, the Brady Center has filed numerous amicus curiae briefs in cases involving firearms regulations, including *McDonald v. City of Chicago*, 130 S. Ct. 3020 (2010), *United States v. Hayes*, 555 U.S. 415, 427 (2009), and *District of Columbia v. Heller*, 554 U.S. 570 (2008).

Amicus Major Cities Chiefs Association is composed of police executives heading the sixty-six largest police departments in the United States, including Atlanta, Chicago, Dallas, Detroit, Los Angeles, New York, Philadelphia, Washington, D.C., which protect roughly 22 percent of America's population. Amicus International Brotherhood of Police Officers (IBPO) is one of the largest police unions in the country, representing a significant number of members across the nation. While the IBPO fully

supports and defends the Second Amendment right to keep and bear arms, it strongly supports reasonable federal and state gun laws that protect the public and law enforcement officers.

Amici bring a broad and deep perspective to the issues raised by this case and have a compelling interest in ensuring that the Second Amendment does not impede reasonable governmental action to prevent gun violence.

### B.     Relevance of Amici's Proposed Brief

The Supreme Court's decision in *District of Columbia v. Heller* instructs that Second Amendment jurisprudence must be informed by the relevant historical background.  554 U.S. 570, 626 (2008).  The proposed *amicus curiae* brief discusses the historical scope of the Second Amendment right from pre-Colonial England through the early twentieth century in the United States.  *Amici*'s proposed brief goes into much greater historical detail than the parties' briefs, and provides the relevant historical background necessary for the Court to analyze whether the challenged ordinance "burdens conduct [historically] protected by the Second Amendment."  *United States v. Chovan*, 735 F.3d 1127, 1136 (9th Cir. 2013).  The proposed brief also discusses the scope of the "right inherited from our English ancestors" that *Heller* emphasized must inform Second

Amendment jurisprudence. 554 U.S. at 599 (internal quotations and citations omitted).

Accordingly, *Amici* respectfully ask the Court for leave to file the proposed amicus brief.

Dated: June 23, 2014

> Respectfully Submitted,
>
> Mayer Brown LLP
>
> */s/ Foster C. Johnson*
> Foster C. Johnson
>
> Attorney for *Amici Curiae*
> The Brady Center to Prevent Gun Violence, The Major Chiefs Association, The International Brotherhood of Police Officers