# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 14-15408 |
| Case Title | Leonard Fyock, et al. v. City of Sunnyvale, et al. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | November 17, 2014 | Time | 09:00 A.M. | Courtroom | 3, Hon. James R. Browning |

Location

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Roderick M. Thompson |
| Address | Farella Braun + Martel LLP<br>235 Montgomery Street, 18th Floor |

| | | | | | |
|---|---|---|---|---|---|
| City | San Francisco | State | CA | Zip Code | 94538 |
| Phone | (415) 954-4445 | Email Address | rthompson@fbm.com | | |

| | |
|---|---|
| Party/parties represented | Appellees, City of Sunnyvale, et al. |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⊙ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s/Roderick M. Thompson | Date | 9/10/14 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190